# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>DAVID EFRON<br><br>　　　　Debtor | CASE NO. 11-02466 (BKT)<br><br>CHAPTER 11 |

## NOTICE TO CREDITORS IN CHAPTER 11 CASE SCHEDULED
## AS DISPUTED, CONTINGENT OR UNLIQUIDATED
## AND
## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE**:

Pursuant to P.R. LBR 1007-1(g), notice is hereby given to creditors listed on the attached sheets that their claims have been scheduled by Debtors as disputed, contingent or unliquidated. Accordingly, those creditors are advised of their right to file proofs of claim and that failure to do so may prevent them from voting under the Plan or participating in any distribution thereunder. A Proof of Claim form is included in this Notice for your convenience.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date the Notice to Creditors in Chapter 11 Case Schedules as Disputed, Contingent or Unliquidated was submitted to the following parties:

AEE
PO BOX 71524
SAN JUAN  PR  00936-8624

BRIGTHON COUNTRY CLUB ET ALS
ILA BUILDING  KM  85
KENNEDY AVE OFFICE 902
SAN JUAN PR 00921

MADELEINE CANDELARIO DEL MORAL
CALLE FALCON 67
MONTEHIEDRA
SAN JUAN  PR   00969

MORA DEVELOPMENT CORP
680 AVENIDA CESAR GONZALEZ
SAN JUAN  PR   00918

In San Juan, Puerto Rico, this 14th day of April, 2011.

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico  00901
Telephone: 787-729-2900; Facsimile: 787-729-2203
E-Mail:  *condecarmen@microjuris.com*

/s/ Carmen D. Conde Torres
Carmen D. Conde Torres
USDC No. 207312

**LIST OF CREDITORS IN CHAPTER 11 CASE SCHEDULED AS DISPUTED, CONTINGENT OR UNLIQUIDATED**

AEE
PO BOX 71524
SAN JUAN  PR  00936-8624

BRIGTHON COUNTRY CLUB ET ALS
ILA BUILDING  KM  85
KENNEDY AVE OFFICE 902
SAN JUAN PR 00921

MADELEINE CANDELARIO DEL MORAL
CALLE FALCON 67
MONTEHIEDRA
SAN JUAN  PR   00969

MORA DEVELOPMENT CORP
680 AVENIDA CESAR GONZALEZ
SAN JUAN  PR   00918