IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>DAVID EFRON<br><br>Debtor in Possession | CASE NO. 11-02466 (BKT)<br><br>CHAPTER 11 |
|---|---|

MOTION REQUESTING EXTENSION OF TIME TO SUBMIT
MONTHLY OPERATING REPORT FOR THE MONTH OF MARCH (6 DAYS)

TO THE HONORABLE COURT:

**COMES NOW**, *David Efron*, Debtor herein, through the undersigned attorney, and very respectfully **STATES** and **PRAYS**:

1. On March 25, 2011, David Efron, filed his bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code. Since then, he has been managing his affairs and operating as Debtor in Possession pursuant to the provisions of sections §1107 and § 1108 of the Bankruptcy Code.

2. Pursuant to Bankruptcy Local Rule 2015-2, the deadline for the Debtor to file his first Monthly Operating Report (required under 11 U.S.C. §704 (a)(8)) is April 20, 2011. This report covers only a 6 days period.

3. Debtor request authorization to submit the Monthly Operating Reports for the month of March for only 6 days on May 20, 2011 jointly with the Monthly Operating Reports for the month of April 2011.

4. Due to the above stated, the Debtor respectfully request from this Honorable Court to allow the filing of the 6 days period for March on May 20, 2011 together with the

monthly operating report for April 2011.

**WHEREFORE,** for the above stated reasons we pray this Honorable Court to grant the Debtor until May 20, 2011 to file the monthly operating reports for the month of March which is due on April 20, 2011.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 19TH day of April, 2011.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice as follows:

- CARMEN D CONDE TORRES notices@condelaw.com
- FAUSTO DAVID GODREAU ZAYAS dgodreau@LBRGlaw.com, bankruptcy.godreau@lbrglaw.com
- MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov
- JUAN MANUEL SUAREZ COBO suarezcobo@gmail.com, suarezcobo.ecf@gmail.com;docketclerk@gmail.com;docket.ecf@gmail.com;ecf.sort@gmail.com;pennyrose@legalpartnerspr.com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;julio@legalpartnerspr

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**C. CONDE & ASSOCIATES**
254 CALLE DE SAN JOSE, 5TH FLOOR
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900; FAX. (787) 729-2203
*S/Carmen D. Conde Torres*
**CARMEN D. CONDE TORRES, ESQ.**
**U.S.C.D. 207312**