TO:  CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME : David Chou          CASE NUMBER : 11-02466

CHAPTER : 11

JUDGE : BKT

DATE OF MEETING: May 2, 2011      TIME OF MEETING: 2:00 p.m.

TRACK NUMBER : 01

METER READING
START : 0.00 (hr:min)
END : 1:59 (hr:min)

1) **DEBTOR:**
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   (X) PRESENT
   ( ) NOT PRESENT

3) **CREDITORS:**
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) **TRUSTEE:**
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE:_____
   (X) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF
   THE DEBTOR'S ESTATE:**   (15 days)
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION
   BANK ACCOUNTS:**
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR
    IN POSSESSION BANK ACCOUNTS:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST
    TWO YEARS:**
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) **RENT ROLL:**  N/A
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) **MEETING:**
    ( ) CLOSED
    (X) CONTINUED TO:

    DATE : Sine Die

    TIME :_____

16) COMMENTS:

- Debtor to amend Schedules B, C, E, F, H, I, SOFA #3.
- Meeting continued sine die pending amendments.

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

May 2, 2011
_____
Date

David Chen
11-02466

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|--------------------------------|---------|-----------|---------|
| Francisco Ramos | / Adriel Longo | 701 Ave. Ponce de Leon Suite 407 San Juan 00907 00918 | (787) 721-1140 | |
| David Godreau | / Madeline Candelario | First Bank Bldg. 1205 Santurce PR 00902 | 724-0230 | |
| Alexis Garcia | | 252 Avenida L. Diego San Juan PR 00911 | 725-7541 | |
| ING. LUIS FONT | / FA CONSTRUCTION / | P.O. BOX 190366 SAN JUAN PR 00919 | OFF: 748-7638 (787) FAX: (787) 748-7619 | (787) em.. FACON @ YaHoo |
| Javier Feliciano Guzman | / Jose A. Velder / | 322 De Diego Avenue Suite 302 San Juan P.R. 00820 | (787) 625-2550 phone (787) 625-2555 Fax | JFG@jfg-law.co |
| Carmen P. Figueroa CRIM | | PO Box 195387 San Juan PR 00919-5387 | tel 787-625-2746 x 2112 fax 787-625-4073 | |